**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FLEETWOOD ACQUISITION CORP., *et al.*,[1] | Case No. 19-12330 (KG) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF FILING OF AMENDED LIST OF CREDITORS WHO HAVE
THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

PLEASE TAKE NOTICE that on November 4, 2019, the above-captioned debtors and debtors in possession filed the List of Creditors Who Have the 30 Largest Unsecured Claims and are Not Insiders.

PLEASE TAKE FURTHER NOTICE THAT, attached hereto as Exhibit A is the Amended List of Creditors Who Have the 30 Largest Unsecured Claims and are not Insiders, which has been amended solely to add additional contact information regarding the parties listed thereupon.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Fleetwood Acquisition Corp. (3051), Fleetwood Industries, Inc. d/b/a Fleetwood Fixtures (7530), and High Country Millwork, Inc. (7294).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 4076 Specialty Place, Longmont, Colorado 80504.

Dated: November 4, 2019
     Wilmington, Delaware          BAYARD, P.A.

*/s/ Daniel N. Brogan*
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:    efay@bayardlaw.com
           emiller@bayardlaw.com
           dbrogan@bayardlaw.com

*Proposed Counsel for the Debtors*
*and Debtors in Possession*