# **<u>Exhibit A</u>**

**Fill in this information to identify the case:**

Debtor name    Fleetwood Acquisition Corp., *et al.*

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                      (State)

Case number (If known):    19-12330

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  **BLATT CONSTRUCTION INC** 8 TUBE DRIVE READING, PA 19605 | ATTN LEGAL P: 610-916-9828 F: 610-916-1040 tblatt@blattgroup.com | PROFESSIONAL SERVICES | | | | $561,063.04 |
| 2  **B&L WOOD CREATIONS INC** 669 S 1ST AVE STE 100 HILLSBORO, OR 97123 | ATTN JON SUESS P: 503-648-6735 F: 503-693-1420 jon.suess@blwood.com | TRADE DEBTS | | | | $455,369.68 |
| 3  **COMMERCIAL DECOR GROUP** 920 MENDOCINO AVE. SUITE 3 SANTA ROSA, CA 95401 | ATTN TRAE M SEELY P: 800-844-7040 F: 707-526-5193 trae@commercialdecorgroup.com | TRADE DEBTS | | | | $397,843.11 |
| 4  **WUXI SENYO WOOD DISPLAY CO.** NO 68, XIHU EAST RD ANZHEN TOWN ANZHEN TOWN, XISHAN DISTRICT 214105 CHINA | ATTN VIVIAN ZHANG P: 0086-510-88789595 F: 0086-510-88786555 vivian.zhang@senyometal.com | TRADE DEBTS | | | | $273,127.14 |
| 5  **AMERICAN EXPRESS** 200 VESEY STREET NEW YORK, NY 10285-3106 | ATTN MERRILY ABELS P: 212-640-2000 F: Merrily.Abels@aexp.com | TRADE DEBTS | | | | $251,575.82 |
| 6  **INNER GLOBAL INC** 601 S. FIGUEROA ST. SUITE 4050 LOS ANGELES, CA 90017 | ATTN JACOB P: 626-695-8758 F: jacob@innerglobalinc.com | TRADE DEBTS | | | | $177,235.00 |

| Debtor | Fleetwood Acquisition Corp., *et al.* | | Case number *(if known)*  19-12330 |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | **CML CUSTOM METAL LIMITED** 47 ORTONA COURT CONCORD, ON L4K 3M2 CANADA | ATTN PATRICK MEDAHIAN P: 905-761-6868 F: 905-761-6882 patrick@cmlcustommetal.com | TRADE DEBTS | | | | $167,883.00 |
| 8 | **AXIS GLOBAL SYSTEMS, LLC** 5901 WEST SIDE AVENUE, SUITE 503 NORTH BERGEN, NJ 07047 | ATTN LEGAL P: 718-458-3666 F: 908-967-5295 pnitto@axisg.com | TRADE DEBTS | | | | $164,751.35 |
| 9 | **ROY METAL PRODUCTS INC** 52 MORIGEAU BLVD. SAINT-FRANCOIS DE LA RIVIERE DU SUD, QC G0R 3A0 CANADA | ATTN FRANCIS ROY, ROBERT MORENCY & BRIGITTE SAVOIE P: 800-297-2711 F: 418-259-7449 froy@roymetailinc.com | TRADE DEBTS | | | | $152,116.49 |
| 10 | **LEO D. BERNSTEIN & SONS, INC.** 151 WEST 25TH ST. NEW YORK, NY 10001 | ATTN LEGAL P: 212-337-9578 F: 212-337-9579 solutions@bernsteindisplay.com | TRADE DEBTS | | | | $144,936.10 |
| 11 | **YUNKER INDUSTRIES, INC.** 310 O'CONNOR DR. ELKHORN, WI 53121 | ATTN LEGAL P: 877-798-6537 F: 262-723-3340 mredding@Yunker.com | TRADE DEBTS | | | | $144,107.18 |
| 12 | **AIRE RIDE TRANSFER INC** 595 SHREWSBURY AVE. SUITE 204 SHREWSBURY, NJ 07702 | ATTN PETE POLLINI P: 800-782-3568 F: pete@aireride.com | TRADE DEBTS | | | | $137,682.00 |
| 13 | **RAPID MANUFACTURING INC** 4347 ANDERSON HIGHWAY POWHATAN, VA 23139 | ATTN LEGAL P: 804-598-7467 F: 804-598-7521 accounting@repidva.com | TRADE DEBTS | | | | $125,653.36 |
| 14 | **SKYFRAME & ART, INC.** 28 EVANS TERMINAL HILLSIDE, NJ 07205 | ATTN LEGAL P: 908-354-5656 F: 212-941-6048 info@skyframe.com | TRADE DEBTS | | | | $119,620.00 |
| 15 | **EPICOR SOFTWARE CORPORATION** 804 LAS CIMAS PARKWAY AUSTIN, TX 78746 | ATTN LEGAL P: 800-999-1809 F: 512-328-3757 info@epicor.com | TRADE DEBTS | | | | $114,608.49 |

| Debtor | Fleetwood Acquisition Corp., *et al.* | Case number *(if known)* 19-12330 |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | **NICONAT MFG CORP** 2624 YATES AVE COMMERCE, CA 90040 | ATTN LEGAL P: 323-721-1900 X310 F: vicentv@niconat.co | TRADE DEBTS | | | | $113,966.72 |
| 17 | **CARGOTRANS INC.** ATTN ANTHONY DEFILIPPIS 170 EAST SUNRISE HIGHWAY VALLEY STREAM, NY 11581 | DBA MARITRANS SHIPPING P: 516-593-5871 F: 516-593-8404 adefilippis@cargotransinc.com | TRADE DEBTS | | | | $95,826.95 |
| 18 | **PEGASUS LOGISTICS GROUP, INC.** 306 AIRLINE DRIVE, SUITE 100 COPPELL, TX 75019 | ATTN BARBARA WOOLEY P: 469-671-0300 F: 469-671-0317 bwooley@pegasuslogistics.com | TRADE DEBTS | | | | $93,452.26 |
| 19 | **SADDLEBACK DISTRIBUTING, LLC** 5460 W. CARYL AVE LITTLETON, CO 80128 | ATTN STEVE WARREN P: 303-482-0780 F: mboan@ct-lc.com | TRADE DEBTS | | | | $90,571.00 |
| 20 | **DILLMEIER ENTERPRISES INC** 2903 INDUSTRIAL PARK ROAD VAN BUREN, AR 72956 | ATTN PHYLLIS COOPER & GARRET AMES P: 479-474-7733 F: 479-474-7734 pcooper@dillmeierglass.com | TRADE DEBTS | | | | $89,496.69 |
| 21 | **RADIANT GLOBAL LOGISTICS, INC.** 405 114TH AVENUE SE, 3RD FLOOR BELLEVUE, WA 98004 | ATTN CLARA THOMAS & NEIL GROSS P: 425-462-1094 F: 425-462-0768 ngross.phl@radiandelivers.com | TRADE DEBTS | | | | $86,528.35 |
| 22 | **SITELINE CARPENTRY** 14815 SOUTH MCKINLEY AVE. POSEN, IL 60469 | ATTN TOM FRANGELLA - PRESIDENT P: 708-388-1920 F: 708-388-1941 tfrangella@sitelineinc.com | TRADE DEBTS | | | | $80,137.00 |
| 23 | **D&C METALWORKS** 281 EAST 55TH AVENUE DENVER, CO 80216 | ATTN DAVE CHRISTOPHER P: 303-789-3733 F: dcmetalworks@netscape.net | TRADE DEBTS | | | | $70,755.98 |
| 24 | **SIERRA FOREST PRODUCTS** 5825 HAROLD GATTY DRIVE SALT LAKE CITY, UT 84116 | ATTN MICHELLE HIGHLAND P: 801-972-3377 X3226 F: 801-972-3397 mhyland@sierrafp.com | TRADE DEBTS | | | | $66,282.56 |

Debtor    Fleetwood Acquisition Corp., *et al.*
_____
Name

Case number *(if known)* 19-12330_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 | **HOLIDAY FOLIAGE, INC.** 2592 OTAY CENTER DRIVE SAN DIEGO, CA 92154 | ATTN LEGAL P: 619-661-9094 F: 619-661-8382 ChristinaC@holidayfoliage.com | TRADE DEBTS | | | | $62,785.46 |
| 26 | **RKL LLP** 1800 FRUITVILLE PIKE LANCASTER, PA 17601 | ATTN LEGAL P: 717-394-5666 F: 717-394-0693 tbieber@rklcpa.com | PROFESSIONAL SERVICES | | | | $58,764.55 |
| 27 | **KLINE BROTHERS** 10083 ALLENTOWN BLVD GRANTVILLE, PA 17028 | ATTN GLENN & ROB P: 717-469-0137 F: 717-469-2371 klinebros@comcast.net | TRADE DEBTS | | | | $58,639.16 |
| 28 | **AIR CENTER INC** 6373 WINSIDE DRIVE BETHLEHEM, PA 18017 | ATTN LEGAL P: 610-837-6700 F: 610-837-6100 bfitzell@aircenterusa.com | TRADE DEBTS | | | | $58,524.04 |
| 29 | **ET2C INTERNATIONAL LTD.** UNIT 07, 28/F GREENFIELD TOWER, CONCORDIA PLAZA KOWLOON,   HONG KONG | ATTN LEGAL P: 852-23-101-0700 F: hongkong@et2cint.com | TRADE DEBTS | | | | $55,064.15 |
| 30 | **SEYMOUR & ASSOCIATES** 5542 MOONSHADOW ST. SIMI VALLEY, CA 93063 | ATTN LEGAL P: 805-955-9421 F: 805-955-9424 seymourrc@att.net | TRADE DEBTS | | | | $55,000.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Fleetwood Acquisition Corp., et al.__

United States Bankruptcy Court for the  District of Delaware

Case number (*If known*): __19-12330 (KG)__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __11/04/2019__          ✖ */s/ Octavio Diaz*_____
              MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                        __Octavio Diaz_____
                                        Printed name

                                        __Chief Restructuring Officer_____
                                        Position or relationship to debtor