**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Fleetwood Acquisition Corporation, *et al.* | : | Case No. 19-12332 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **B&L Wood Creations Inc.**, Attn: Jon Suess, 669 S 1st Ave, Ste 100, Hillsboro, OR 97123, Phone: 503-648-6735, Fax: 503-693-1420, Email: jon.suess@blwood.com

2. **Wuxi Senyo Wood Display Co.**, Attn: Alex Gong, No 68, Xihu East road, Anxhen Town, Xishan District 214105 China, 0086-510-88789595, Email: alex.gong@senyometal.com

3. **CML Custom Metal Limited,** Attn: Patrick Madahain, 47 Ortona Court, Concord, ON L4K 3M2 Canada, Phone: 905-761-6868, Fax: 905-761-6882, Email: patrick@cmlcustommetal.com

4. **Aire-Ride Transfer, Inc.,** Attn: Matt Geiger, 595 Shrewsbury Avenue, Suite 204, Shrewsbury, NJ 07702, Phone: 732-528-0911, Email: matt@aireride.com

5. **CargoTrans Inc.,** Attn: Anthony De Filippis, 170 E Sunrise Hwy., Valley Stream, NY 11581, Phone: 516-593-5871, Fax: 516-593-8404, Email: adefilippis@cargotransinc.com


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Linda Richenderfer* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: November 13, 2019

Attorney assigned to this Case: Linda Richenderfer, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Erin Fay, Esq., Phone: 302-429-4242, Fax: 302-658-6395