**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FLEETWOOD ACQUISITION CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12330 (KG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 26, 2019 AT 2:00 P.M. (ET)[2]**

## I.  MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

1.  **Cash Management Motion**: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing the Continuation of Intercompany Transactions, (IV) Granting Administrative Priority Status to Post-Petition Intercompany Transactions, (V) Authorizing Use of Prepetition Bank Accounts and Certain Payment Methods, and (VI) Temporarily Suspending the Requirements of 11 U.S.C. § 345(b) [Date Filed: 11/4/19; D.I. 5]

    Related Documents:

    a.  Interim Order (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing the Continuation of Intercompany Transactions, (IV) Granting Administrative Priority Status to Post-Petition Intercompany Transactions, and (V) Authorizing Use of Prepetition Bank Accounts [Date Entered: 11/5/19; D.I. 21]

    b.  Notice of Entry of Interim Orders and Second Day Hearing [Date Filed: 11/5/19; D.I. 30]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Fleetwood Acquisition Corp. (3051), Fleetwood Industries, Inc. d/b/a Fleetwood Fixtures (7530), and High Country Millwork, Inc. (7294).  The mailing address for the Debtors, solely for purposes of notices and communications, is: 4076 Specialty Place, Longmont, Colorado 80504.

[2] Please note that the hearing is before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

    c.   Certification of Counsel Regarding Revised Proposed Final Order (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing the Continuation of Intercompany Transactions, (IV) Granting Administrative Priority Status to Post-Petition Intercompany Transactions, and (V) Authorizing Use of Prepetition Bank Accounts [Date Filed: 11/22/19; D.I. 83]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the Office of the United States Trustee (the "U.S. Trustee") and the Official Committee of Unsecured Creditors (the "Committee") until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

    a.   Informal comments from the U.S. Trustee; and

    b.   Informal comments from the Committee.

Status:    The Debtors have resolved all informal comments and have submitted a proposed order under certification of counsel.  A hearing with respect to this matter is only required to the extent that the Court has questions.

2.    **Taxes Motion**: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Prepetition Sales, Use, and Franchise Taxes and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing [Date Filed: 11/4/19; D.I. 6]

Related Documents:

    a.   Interim Order (I) Authorizing the Payment of Prepetition Sales, Use, and Franchise Taxes and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests made relating to the Foregoing [Date Entered: 11/5/19; D.I. 22]

    b.   Notice of Entry of Interim Orders and Second Day Hearing [Date Filed: 11/5/19; D.I. 30]

    c.   Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Prepetition Sales, Use, and Franchise Taxes and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing [Date Filed: 11/22/19; D.I. 78]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

a.  None.

Status:    A certificate of no objection has been filed with respect to this matter. A hearing is only required to the extent that the Court has questions.

3.    **Utilities Motion**: Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Date Filed: 11/4/19; D.I. 7]

Related Documents:

a.  Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Date Entered: 11/5/19; D.I. 23]

b.  Notice of Entry of Interim Orders and Second Day Hearing [Date Filed: 11/5/19; D.I. 30]

c.  Certification of Counsel Regarding Revised Proposed Final Order Granting Debtors' Motion (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Date Filed: 11/22/19; D.I. 85]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

a.  Informal comments from the Committee.

Status:     The Debtors have resolved the informal comments from the Committee and have submitted a proposed order under certification of counsel.  A hearing with respect to this matter is only required to the extent that the Court has questions.

4.     **Employee Wages Motion**: Motion for Interim and Final Orders Authorizing (I) Payment of Wages, Compensation and Employee Benefits and (II) Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Date Filed: 11/4/19; D.I. 8]

Related Documents:

a.   Interim Order Authorizing (I) Payment of Wages, Compensation and Employee Benefits and (II) Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Date Entered: 11/5/19; D.I. 24]

b.   Notice of Entry of Interim Orders and Second Day Hearing [Date Filed: 11/5/19; D.I. 30]

c.   Certification of Counsel Regarding Motion for Interim and Final Orders Authorizing (I) Payment of Wages, Compensation and Employee Benefits and (II) Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Date Filed: 11/22/19; D.I. 86]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee only until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

a.   Informal comments from the U.S. Trustee; and

b.   Informal comments from the Committee.

Status:     The Debtors have resolved the informal comments from the U.S. Trustee and the Committee and have submitted a proposed order under certification of counsel.  A hearing with respect to this matter is only required to the extent that the Court has questions.

5.    **Insurance Motion**: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Various Insurance Policies, and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Date Filed: 11/4/19; D.I. 9]

Related Documents:

a.    Interim Order (Granting) (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With, Various Insurance Policies; and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Date Entered: 11/5/19; D.I. 25]

b.    Notice of Entry of Interim Orders and Second Day Hearing [Date Filed: 11/5/19; D.I. 30]

c.    Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Various Insurance Policies, and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Date Filed: 11/22/19; D.I. 79]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

a.    None.

Status:    A certificate of no objection has been filed with respect to this matter. A hearing is only required to the extent that the Court has questions.

6.    **OCP Motion**: Debtors' Motion to Employ and Compensate Certain Professionals in the Ordinary Course of Business [Date Filed: 11/5/19; D.I. 31]

Related Documents:

a.    Certification of Counsel Regarding Debtors' Motion to Employ and Compensate Certain Professionals in the Ordinary Course of Business [Date Filed: 11/22/19; D.I. 87]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

b.  Informal comments from the U.S. Trustee.

Status:    The Debtors have resolved the informal comments from the U.S. Trustee and have submitted a proposed order under certification of counsel.  A hearing with respect to this matter is only required to the extent that the Court has questions.

7.    **First Omnibus Rejection Motion**: Debtors' First Omnibus Motion for Entry of an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Authorizing Rejection of Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Effective Date [Date Filed: 11/12/19; D.I. 50]

Related Documents:

a.  Certification of Counsel Regarding Debtors' First Omnibus Motion for Entry of an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code Authorizing Rejection of Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Effective Date [Date Filed: 11/22/19; D.I. 82]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

b.  Informal comments from the U.S. Trustee.

Status:    The Debtors have resolved the informal comments from the U.S. Trustee and have submitted a proposed order under certification of counsel.  A hearing with respect to this matter is only required to the extent that the Court has questions.

8.    **SOFA/SOAL Extension**: Debtors' Motion for Entry of an Order Extending the Debtors' Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Date Filed: 11/12/19; D.I. 51]

Related Documents:

a.  Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Extending the Debtors' Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Date Filed: 11/22/19; D.I. 80]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

b.  None.

Status:    A certificate of no objection has been filed with respect to this matter. Therefore, a hearing is only required to the extent that the Court has questions or concerns.

9.    **Bar Date Motion**: Motion of Debtors for Entry of Order (I) Establishing a General Bar Date to File Proofs of Claim, (II) Establishing a Bar Date to File Proofs of Claim by Governmental Units, (III) Establishing an Amended Schedules Bar Date, (IV) Establishing a Rejection Damages Bar Date, (V) Approving the Form and Manner for Filing Proofs of Claim, (VI) Approving the Proposed Notice of Bar Dates, and (VII) Granting Related Relief [Date Filed: 11/12/19; D.I. 52]

Related Documents:

a.  Certification of Counsel Regarding Revised Proposed Order (I) Establishing a General Bar Date to File Proofs of Claim, (II) Establishing a Bar Date to File Proofs of Claim by Governmental Units, (III) Establishing an Amended Schedules Bar Date, (IV) Establishing a Rejection Damages Bar Date, (V) Approving the Form and Manner for Filing Proofs of Claim, (VI) Approving the Proposed Notice of Bar Dates, and (VII) Granting Related Relief [Date Filed: 11/22/19; D.I. 84]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

b.  Informal comments from the U.S. Trustee.

Status:    The Debtors have resolved the informal comments from the U.S. Trustee and have submitted a proposed order under certification of counsel.  A hearing with respect to this matter is only required to the extent that the Court has questions.

10.     **Interim Compensation Motion**: Debtors' Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Date Filed: 11/12/19; D.I. 53]

Related Documents:

a.  Certificate of No Objection Regarding Debtors' Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Date Filed: 11/22/19; D.I. 81]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

b.  None.

Status:    A certificate of no objection has been filed with respect to this matter. A hearing is only required to the extent that the Court has questions.

## II.     MATTERS GOING FORWARD

11.     **Critical Vendors Motion**: Motion of the Debtors for Entry of Interim and Final Orders Authorizing, But Not Directing, Payment of Prepetition Claims of Critical Vendors Pursuant to 11 U.S.C. §§ 363(b), 1107 and 1108, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 9013 1(m) [Date Filed: 11/4/19; D.I. 10]

Related Documents:

a.  Interim Order Granting Motion of the Debtors for Entry of Interim and Final Orders Authorizing, But Not Directing, Payment of Prepetition Claims of Critical Vendors [Date Entered: 11/5/19; D.I. 28]

b.  Notice of Entry of Interim Orders and Second Day Hearing [Date Filed: 11/5/19; D.I. 30]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended as to the U.S. Trustee and the Committee only until November 21, 2019 at 4:00 p.m. (ET).

Responses Received:

a.  Informal comments from the U.S. Trustee; and

b.  Informal comments from the Committee.

Status:    The parties remain in discussions regarding this matter and the Debtors believe a consensual form of order will be submitted under certification prior to the hearing. As of now, this matter is going forward.

12.    **Cash Collateral Motion**: Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing [Date Filed: 11/4/19; D.I. 12]

Related Documents:

a.    Interim Order (Granting) (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Granting Related Relief [Date Entered: 11/5/19; D.I. 27]

b.    Notice of Entry of Interim Orders and Second Day Hearing [Date Filed: 11/5/19; D.I. 30]

Response Deadline: November 19, 2019 at 4:00 p.m. (ET), extended by agreement as to the Committee.

Responses Received:

a.    Informal comments from the Committee.

Status:    The parties remain in discussions regarding this matter. This matter is going forward.

Dated: November 22, 2019
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: efay@bayardlaw.com
        emiller@bayardlaw.com
        dbrogan@bayardlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*