UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FLEETWOOD ACQUISITION CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12330 (KG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 27, 2019 AT 10:00 A.M. (ET)[2]**

I. **MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL**

1. Application of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Date Filed: 12/6/19; D.I. 113]

   Related Documents:

   a. Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Date Filed: 12/20/19; D.I. 134]

   Response Deadline: December 20, 2019 at 4:00 p.m. (ET)

   Responses Received: None.

   Status: A certificate of no objection has been filed with respect to this matter. No hearing is necessary unless preferred by the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Fleetwood Acquisition Corp. (3051), Fleetwood Industries, Inc. d/b/a Fleetwood Fixtures (7530), and High Country Millwork, Inc. (7294). The mailing address for the Debtors, solely for purposes of notices and communications, is: 4076 Specialty Place, Longmont, Colorado 80504.

[2] Please note that the hearing is before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

2. Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 13, 2019 [Date Filed: 12/6/19; D.I. 114]

   Related Documents:

   a. Supplemental Declaration of John P. Madden in Support of Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 13, 2019 [Date Filed: 12/20/19; D.I. 136]

   b. Certification of Counsel Regarding Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 13, 2019 [Date Filed: 12/20/19; D.I. 137]

   Response Deadline: December 20, 2019 at 4:00 p.m. (ET)

   Responses Received:

   a. Informal comments from the U.S. Trustee

   Status: A revised proposed order has been filed under certification of counsel with respect to this matter. No hearing is necessary unless preferred by the Court.

3. Application of the Official Committee of Unsecured Creditors of Fleetwood Acquisition Corp., *et al.*, for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Committee Counsel *Nunc Pro Tunc* to November 13, 2019 [Date Filed: 12/6/19; D.I. 115]

   Related Documents:

   a. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Fleetwood Acquisition Corp., et al., for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Committee Counsel *Nunc Pro Tunc* to November 13, 2019 [Date Filed: 12/20/19; D.I. 133]

   Response Deadline: December 20, 2019 at 4:00 p.m. (ET)

   Responses Received: None.

      Status:   A certificate of no objection has been filed with respect to this matter. No hearing is necessary unless preferred by the Court.

4. Debtors' Application for Appointment of Stretto as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Date Filed: 12/6/19; D.I. 116]

    Related Documents:

    a. Certification of Counsel Regarding Debtors' Application for Appointment of Stretto as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Date Filed: 12/20/19; D.I. 135]

    Response Deadline: December 20, 2019 at 4:00 p.m. (ET)

    Responses Received:

    a. Informal comments from the U.S. Trustee

    Status: The Debtors have submitted a revised proposed order under certification of counsel. No hearing is necessary unless preferred by the Court.

Dated: December 23, 2019
Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:   efay@bayardlaw.com
             emiller@bayardlaw.com
             dbrogan@bayardlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*