# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FLEETWOOD ACQUISITION CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12330 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 39 & 72** |

## NOTICE OF ONLINE AUCTION RESULTS

PLEASE TAKE NOTICE that, on November 8, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 327, 328, 330, and 363 for an Order (I) Authorizing Debtors to Enter Into Auctioneer Retention Agreement, (II) Approving Retention and Employment of Industrial Recovery Service, Inc., Including Waiver of Informational Requirements of Del. Bankr. L.R. 2016-2, and (III) Approving Procedures Governing the Auction and Sale of Assets Free and Clear of All Interests* [D.I. 39] (the "Auction Procedures Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on November 19, 2019, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a), 327, 328, 330, and 363 (I) Authorizing Debtors to Enter Into Auctioneer Retention Agreement, (II) Approving Retention and Employment of Industrial Recovery Service, Inc. Including Waiver of Informational Requirements of Del. Bankr. L.R. 2016-2, and (III) Approving Procedures Governing the Auction and Sale of Assets Free and Clear of All Interests* [D.I. 72] (the "Auction Procedures Order") approving the retention and employment of Industrial Recovery Service, Inc. (the "Auctioneer") and certain procedures governing the sale of certain of the Debtors' assets via online auction, including the proposed form of sale order approving the sale of the Auction Assets to the successful bidders at the Auction (the "Proposed Sale Order").

PLEASE TAKE FURTHER NOTICE that, beginning on December 9, 2019, the Auctioneer, in coordination with the Debtors, conducted the Auction pursuant to the terms and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Fleetwood Acquisition Corp. (3051), Fleetwood Industries, Inc. d/b/a Fleetwood Fixtures (7530), and High Country Millwork, Inc. (7294). The mailing address for the Debtors, solely for purposes of notices and communications, is: 4076 Specialty Place, Longmont, Colorado 80504.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Auction Procedures Motion.

procedures set forth in the Motion and the Auctioneer Agreement, each as approved by the Auction Procedures Order.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Auction Procedures Order, the Auction concluded on January 7, 2020.  A matrix summarizing the results of the Auction and the proposed sale transactions to be consummated upon entry of an Auction Sale Order authorizing the same, indicating the winning bidder and successful purchase price for each Auction Asset or lot of Auction Assets, is attached hereto as **Exhibit A** (the "Auction Outcome Summary").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Auction Procedures Order, the Debtors intend to submit the proposed Auction Sale Order and, attached thereto, the Auction Outcome Summary, under Certification of Counsel.  Pursuant to the Auction Procedures Order, the Auction Sale Order may be entered by the Court immediately and without further notice or hearing related thereto.

Dated: January 7, 2020
     Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: efay@bayardlaw.com
       emiller@bayardlaw.com
       dbrogan@bayardlaw.com

*Counsel to the Debtors and Debtors in Possession*