**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FLEETWOOD ACQUISITION CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12330 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I.** 207 |

**ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE**
**A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO**
**PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion")[2] of Fleetwood Acquisition Corp. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code, Rule 9006 of the Bankruptcy Rules, and Rule 9006-2 of the Local Rules, extending the Debtors' Exclusive Periods to file a chapter 11 plan or plans and to solicit acceptances of such plan(s), all as more fully set forth in the Motion; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion and the opportunity for a hearing on the Motion having been provided and it appearing no other or further notice need be provided; and after the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Fleetwood Acquisition Corp. (3051), Fleetwood Industries, Inc. d/b/a Fleetwood Fixtures (7530), and High Country Millwork, Inc. (7294). The mailing address for the Debtors, solely for purposes of notices and communications, is: 4076 Specialty Place, Longmont, Colorado 80504.

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

consideration of any objections to the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and that the relief requested in the Motion is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period shall be extended through and including June 1, 2020.

3. The Exclusive Solicitation Period shall be extended through and including July 31, 2020.

4. Entry of this Order shall be without prejudice to the rights of the Debtors to request further extensions of the Exclusive Periods or to seek other appropriate relief.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: February 25th, 2020**  **KAREN B. OWENS**
**Wilmington, Delaware**  **UNITED STATES BANKRUPTCY JUDGE**