# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: <br><br> FLEETWOOD ACQUISITION CORP., *et al.*, <br><br> Debtors.[1] | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 7 <br><br> Case No. 19-12330 (KBO) <br><br> (Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for Fleetwood Acquisition Corp., *et al.*, <br><br> Plaintiff, <br> v. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| W.W. Wainwright, Inc., d/b/a Weld-Wright Fabricators, Inc. <br><br> Defendant. | ) <br> ) <br> ) | Adv. Proc. No: 21-51226 (KBO) |

## STATUS REPORT REGARDING ADVERSARY PROCEEDING

Don A. Beskrone, Chapter 7 Trustee for Fleetwood Acquisition Corp., *et al.* (the "<u>Trustee</u>"), by and through his undersigned counsel, hereby submits the following status report for the above-captioned adversary proceeding.

Dated: April 18, 2024

**ASHBY & GEDDES, P.A.**
*/s/ Benjamin W. Keenan*
Ricardo Palacio (DE Bar No. 3765)
Benjamin W. Keenan (DE Bar No. 4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email(s): rpalacio@ashbygeddes.com
              bkeenan@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*

---

[1] The Debtors in these chapter 7 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Fleetwood Acquisition Corp. (3051), Fleetwood Industries, Inc. d/b/a Fleetwood Fixtures (7530), and High Country Millwork, Inc. (7294).

{02008187;v1 }

# STATUS "E"

**PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATION OF DISMISSAL HAVE NOT BEEN FILED:**

| Defendant | Adversary Case No. | Status |
|---|---|---|
| W.W. Wainwright, Inc., d/b/a Weld-Wright Fabricators, Inc. | 21-51226 | Matter settled, subject to Court approval.  Settlement approval motion filed 4/18/24 [Adv. D.I. 28]. |

{02008187;v1 }